IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br>v.<br><br>$397,025 in U.S. Currency<br><br>　　　　　　Defendant in Rem | NO.  3:22-CV-1088-X |

## CLERK'S ENTRY OF DEFAULT

Based on Plaintiff's request for entry of default, in accordance with Fed. R. Civ. P. 55(a), the Clerk of the Court hereby enters default against Beau Ryan Arceneaux, Wayne Thomas Arceneaux, and all other persons and entities for failure to plead, file a claim, answer, or otherwise defend this action.  The government published notice and provided direct notice of the forfeiture complaint as required by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.  Beau Arceneaux and Wayne Arceneaux withdrew their filed claims and answers (Dkts. 14 and 15).  The deadlines outlined in 18 U.S.C. § 983 and Rule G for any claimant to file a claim in this matter have all expired.

　　　　DATED this   17th   day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　KAREN S. MITCHELL, CLERK
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT


　　　　　　　　　　　　　　　　　　　　　　　s/Yolanda Pace
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk

Clerk's Entry of Default– Page 1