UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-1088-X |
| | § | |
| $397,025 IN U.S. CURRENCY, | § | |
| | § | |
| *Defendant in rem.* | § | |

# FINAL JUDGMENT OF FORFEITURE

Based on the Court's findings in its Memorandum Opinion and Order granting default judgment against Beau Ryan Arceneaux, Wayne Thomas Arceneaux, and all other persons and entities [Doc. No. 19], the Court **HEREBY ORDERS**, **ADJUDGES**, and **DECREES** that:

1. All right, title, and interest in the defendant in rem $397,025 in U.S. Currency is forfeited to the United States of America.

2. The Attorney General, or a designee, is authorized to dispose of the forfeited property in accordance with applicable law.

**IT IS SO ORDERED** this 6th day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1